ALCOA INC., BROADSPIRE SERVICES, INC. and AETNA LIFE INSURANCE COMPANY

By:   /s/ Christy E. Kiely
      Christy E. Kiely  (VSB No. 48914)
      HUNTON & WILLIAMS LLP
      Riverfront Plaza, East Tower
      951 E. Byrd Street
      Richmond, Virginia  23219
      (804) 788-8200 (Telephone)
      (804) 788-8218 (Facsimile)
      ckiely@hunton.com


      /s/ Patrick R. Kingsley
      Patrick R. Kingsley, Esquire (PA Bar. No. 62915)
      Stradley Ronon Stevens & Young, LLP
      2600 One Commerce Square
      Philadelphia, PA 19103-7098
      215.564.8029  (Telephone)
      215.564.8120  (Facsimile)
      pkingsley@stradley.com

      *Counsel for Defendants*


The clerk is directed to mail a copy of this stipulation and order to all counsel of record.


Dated:   4/24/07

                                          Approved and Entered by: [signature]
                                                                    Judge